**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEUTSCH INC.,

                Plaintiff,

-against-

THE SEHERIN-WILLIAMS COMPANY,
                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/2020

19 CIVIL 2743 (AT)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 7, 2020, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
         February 7, 2020

                                            **RUBY J. KRAJICK**
                                               Clerk of Court
                                 BY:
                                                  **Deputy Clerk**

                                            THIS DOCUMENT WAS ENTERED
                                            ON THE DOCKET ON 2/7/2020